JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DU BARRY, LLC; and DOES 1 THROUGH 10, Inclusive<br><br>　　　　Defendants | Case No: 2:24cv09403-AB-AS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

　　Based on the Joint Stipulation for Dismissal with Prejudice submitted by the parties herein, and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties shall bear their own respective attorney fees and costs.

　　**IT IS SO ORDERED.**

Dated: February 24, 2025

By: _____
Hon. André Birotte, Jr.
United States District Judge